| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Willoughby Equities LLC** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 83-4605889 |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **599 Willoughby Street** <br> **Brooklyn, NY 11204** <br> Number, Street, City, State & ZIP Code | **1606 45th Street** <br> **Brooklyn, NY 11204** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Kings** <br> County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    **Willoughby Equities LLC**                                    Case number (*if known*) _____
      Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
    ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

    District _____ When _____ Case number _____
    District _____ When _____ Case number _____

Debtor   **Willoughby Equities LLC**                                          Case number (*if known*)
_____
            Name

**10. Are any bankruptcy cases**
**pending or being filed by a**      ■ No
**business partner or an**           ☐ Yes.
**affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

|  | Debtor | | | Relationship | |
|---|---|---|---|---|---|
|  | District |  | When | Case number, if known |  |

**11. Why is the case filed in**   *Check all that apply:*
**this district?**
    ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
        preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**      ■ No
**have possession of any**          ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

            ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
               What is the hazard? _____

            ☐ It needs to be physically secured or protected from the weather.

            ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
               livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
            ☐ Other _____
            **Where is the property?** _____
                                       Number, Street, City, State & ZIP Code
            **Is the property insured?**
            ☐ No
            ☐ Yes.   Insurance agency   _____
                     Contact name       _____
                     Phone              _____

---

▨ **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
**available funds**
        ■ Funds will be available for distribution to unsecured creditors.

        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ■ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**                ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
                             ☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
                             ☐ 200-999

**15. Estimated Assets**   ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                          ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                          ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                          ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000          ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

---

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page 3

Debtor   **Willoughby Equities LLC**
Name     Case number (*if known*) _____

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Willoughby Equities LLC** | Case number (*if known*) | |
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 9, 2024**
MM / DD / YYYY

X **/s/ Abraham Lowenstein**
Signature of authorized representative of debtor

**Abraham Lowenstein**
Printed name

Title **President/Sole Member**

**18. Signature of attorney**

X **/s/ Eric J. Snyder**
Signature of attorney for debtor

Date **October 9, 2024**
MM / DD / YYYY

**Eric J. Snyder**
Printed name

**Wilk Auslander LLP**
Firm name

**825 Eighth Avenue
Suite 2900
New York, NY 10019**
Number, Street, City, State & ZIP Code

Contact phone **212-981-2300**     Email address **esnyder@wilkauslander.com**

**2161164 NY**
Bar number and State

## WRIITEN CONSENT OF BOARD OF DIRECTORS

**WHEREAS**, Abraham Lowenstein, the sole member of Willoughby Equities LLC (the "Board") a New York Limited Liability Company (the "Company"), has become aware of an urgent situation requiring immediate action;

**WHEREAS**, it is the judgment of the Board, that it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code; and

**WHEREAS**, the Board has approved and consented to the actions set forth below;

**THEREFORE, BE IT RESOLVED**, Abraham Lowenstein is authorized and directed to execute and deliver all documents necessary to perfect the filing of Chapter 11 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that Abraham Lowenstein is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with the bankruptcy case; and

**BE IT FURTHER RESOLVED**, that the Company is authorized and directed to employ the law firm of Wilk Auslander LLP to represent the Company in such bankruptcy case.

Executed on October 9, 2024          By: /s/ Abraham Lowenstein
                                          Abraham Lowenstein
                                          Sole Member

100153680.1

Fill in this information to identify the case:

Debtor name  **Willoughby Equities LLC**

United States Bankruptcy Court for the:  **EASTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Oved & Oved LLP Attn: Glen Lenihan, Esq. 400 Greenwich Street New York, NY 10013** | | | | | | |

**Fill in this information to identify the case:**

Debtor name    **Willoughby Equities LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

**Part 1:    Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____3,000,000.00_

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $ _____0.00_

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................    $ _____3,000,000.00_

**Part 2:    Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................    $ _____2,864,604.95_

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................    $ _____0.00_

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$ _____0.00_

4.    **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b    $ _____2,864,604.95_

**Fill in this information to identify the case:**

Debtor name    **Willoughby Equities LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

    ■ No. Go to Part 2.
    ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

    ■ No. Go to Part 3.
    ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. Does the debtor own any investments?

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No. Go to Part 7.

| Debtor | **Willoughby Equities LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**  Real property

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
Yes Fill in the information below.

55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **599-601 Willoughby St.** | Owner | $0.00 | | $3,000,000.00 |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$3,000,000.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **Willoughby Equities LLC**                                    Case number *(If known)* _____
          Name

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    __Willoughby Equities LLC__                          Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $3,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $3,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,000,000.00 |

| Fill in this information to identify the case: |
| --- |
| Debtor name **Willoughby Equities LLC** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1 NYS Dept. of Taxation**<br>Creditor's Name<br>**& Finance**<br>**Bldg. 9-Office of Counsel**<br>**WA Harriman Campus**<br>**Albany, NY 12227**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**599-601 Willoughby St.** | $0.00 | $3,000,000.00 |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2 Twist Realty LLC**<br>Creditor's Name<br>**c/o Berkman, Henoch.**<br>**Peterson & Peddy, P.C.**<br>**400 Garden City Plaza**<br>**Garden City, NY 11530**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $2,864,604.95 | $3,000,000.00 |
| --- | --- | --- | --- |

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe the lien

Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor    **Willoughby Equities LLC**                                         Case number (if known) _____
          _____
          Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $2,864,604.95

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ | | |

**Fill in this information to identify the case:**

Debtor name __**Willoughby Equities LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| **Oved & Oved LLP** **Attn: Glen Lenihan, Esq.** **400 Greenwich Street** **New York, NY 10013** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 0.00 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name    **Willoughby Equities LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract   _____ | _____ |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract   _____ | _____ |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract   _____ | _____ |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|      State the term remaining | |
|      List the contract number of any government contract   _____ | _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Willoughby Equities LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Chaskiel Strulovitvch** | **223 Rutledge St. Brooklyn, NY 11201** | **Twist Realty LLC** | ■ D  __2.2__ <br> ☐ E/F ____ <br> ☐ G ____ |

---

Fill in this information to identify the case:

Debtor name    **Willoughby Equities LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  9, 2024**        X **/s/ Abraham Lowenstein**
                                            Signature of individual signing on behalf of debtor

                                            **Abraham Lowenstein**
                                            Printed name

                                            **President/Sole Member**
                                            Position or relationship to debtor

---

# United States Bankruptcy Court
## Eastern District of New York

In re   <u>Willoughby Equities LLC</u>                Case No.   _____

                                  Debtor(s)          Chapter    <u>11</u> _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Abraham Lowenstein**<br>**1606 45th Street**<br>**Brooklyn, NY 11204** | | | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **President/Sole Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   <u>October 9, 2024</u>              Signature   <u>/s/ Abraham Lowenstein</u>

                                                      **Abraham Lowenstein**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of New York

In re  **Willoughby Equities LLC**

_____  Case No. _____
Debtor(s)                                Chapter   **11**   _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ _____ **TBD**

   Prior to the filing of this statement I have received _____ $ _____ **32,000.00**

   Balance Due _____ $ _____ **TBD**

2.   The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **N/A**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October  9, 2024**
_____
_Date_

**/s/ Eric J. Snyder**
_____
**Eric J. Snyder**
_Signature of Attorney_
**Wilk Auslander LLP**
**825 Eighth Avenue**
**Suite 2900**
**New York, NY 10019**
**212-981-2300  Fax: 212-752-6380**
**esnyder@wilkauslander.com**
_Name of law firm_

**WILK AUSLANDER LLP**
825 Eighth Avenue, 29th Floor
New York, NY 10019
(212) 981-2300
Eric J. Snyder, Esq.

*Proposed Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

WILLOUGHBY EQUITIES LLC.,

         Debtor.

Chapter 11

No. 24-_____  (___)

## DECLARATION OF ABRAHAM LOWENSTEIN
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4

I, Abraham Lowenstein, pursuant to section 1746 of title 28 of the United States Code, hereby declare that the following is true to the best of my knowledge, information, and belief:

1.      I submit this declaration (the "Declaration") in support of the voluntary Chapter 11 petition of Willoughby Equities LLC, the debtor and debtor-in-possession herein (the "Debtor"), pursuant to Local Bankruptcy Rule 1007-4 for the Eastern District of New York ("LBR 1007-4").

2.      I am sole managing member and president the Debtor.

3.      In response to LBR 1007-4(a)(i) the Debtor is a small business debtor within the meaning of §101(51(D).

4.      In response to LBR 1007-4(a)(i) the Debtor is not a single asset real estate debtor within the meaning of §101(51(B).

5.      In response to Rule 1007-4(a)(iii) the Debtor owns the real property

located at 599-601 Willoughby Street, Brooklyn, New York (the "Real Property").

6.      This part of Brooklyn, Bedford Stuyvesant, was part of the 19th century's

Eastern District, which also included much of Bushwick and a corner of Williamsburg. In

1914, the Real Property was transformed into an events venue called Regina Mansion.

7.      The Regina Mansion ran through the 1950s. The next owners were the Fez

Club, who owned the building in 1973, the date computerized records start, until 1984,

when they sold the real property to the Hebron Baptist Church. The Church subsequently

sold the Real Property.

## BACKGROUND OF DEBTOR AND REASON FOR FILING

A.      **The Valley Loan**

8.      During December 2014, Debtor, by its predecessor 599-601 Willoughby

LLC, entered into a  note and mortgage (the "VNB Loan") with Valley National Bank

("VNB") in the amount of $2,250,000 (the "Indebtedness").

9.      During 2016, the Indebtedness was reduced to $1,105,893 (the "Revised

Indebtedness").

10.     During 2018, the VNB Loan was assigned to Twist Realty, LLC ("Twist")

During 2022, Twist commenced a foreclosure action against the Real Property.

11.     During June 2024, Twist obtained a judgment of foreclosure and sale

("Foreclosure Judgment") with respect to the Real Property. The Debtor opposed the

entry of a judgment of foreclosure, because VNB had issued a satisfaction of mortgage

(the "SOM") to 599-601 Willoughby, LLC, debtor's predecessor-in-interest and Debtor

purchased the Real Property relying on the validity of the SOM.

100153634.1

12.    Debtor has appealed the Foreclosure Judgment and attempted to obtain a stay of the foreclosure sale, but the return date of the stay hearing occurs after the proposed foreclosure sale on October 10th.

13.    Therefore, in order to prevent the foreclosure of the Real Property, the Debtor sought Chapter 11 relief in this court.

14.    LBR 1007-4(a)(iv) is not applicable here since the case was not converted from another chapter of the Bankruptcy Code.

15.    In response to LBR 1007-4(a)(v), no committee was appointed prior to this bankruptcy filing.

16.    In response to LBR 1007-4(a)(vi), a list of the Debtor's twenty largest unsecured creditors is annexed to the bankruptcy schedules of the Debtor.

17.    In response to LBR 1007-4(a)(vii), all secured creditors are included on Schedule D of the Bankruptcy Schedules and they include Twist and New York State Department of Taxation and Finance.

18.    In response to LBR 1007-4(a)(viii), a summary of the Debtor's assets and liabilities, the Debtor's assets equal: a)  the value of the Real Property. I believe the Real Property is worth approximately $3,000,000. Debtor's liabilities equal the sums owed to the mortgagee (approximately $2,800,000), real estate taxes plus the amounts owed to general unsecured creditors, totaling approximately $3,000,000.

19.    In response to LBR 1007-4(a)(ix), I am the Debtor's sole member and shareholder.

100153634.1

20.    In response to LBR 1007-4(a)(x), there is no property of the Debtor currently in the possession or custody of any custodian, public officer, mortgagee, pledge, assignee of rents or secured creditor.

21.    In response to LBR 1007-4(a)(xi), I am not aware of any leases related to the Real Property.

22.    In response to LBR 1007-4(a)(xii), as set forth above, the Debtor's assets are located at the Real Property and I am in possession of Debtor's books and records. The Debtor has no assets or books and records outside the territorial limits of the United States.

23.    In response to LBR 1007-4(a)(xiii), the Real Property is the subject of a foreclosure sale scheduled for October 10, 2024.

24.    In response to LBR 1007-4(a)(xiv), I am the Debtor's senior management.

25.    In response to LBR 1007-4(a)(xv), there are no wages that will become due with 30 days of the filing of the bankruptcy petition.

26.    In response to LBR-4(a)(xvi), no sums will be paid to any officers or directors within 30 days of the filing of the bankruptcy petition.

27.    In response to LBR-4(a)(xvii), the Debtor does not anticipate any cash receipts or disbursements during the 30-day period following the filing of the bankruptcy petition.

28.    In response to LBR-4(a)(xviii), the Debtor maintains general liability policies of insurance with on the real property equal to $3,000,000.

100153634.1

29.    The Debtor does not maintain any bank accounts.

Dated: October 9, 2024

 /s/ Abraham Lowenstein
Abraham Lowenstein
President and Sole Member

100153634.1

# United States Bankruptcy Court
## Eastern District of New York

In re    __Willoughby Equities LLC__                 Case No. _____

                            Debtor(s)               Chapter    __11__ _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Willoughby Equities LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October  8, 2024__
Date

/s/ Eric J. Snyder
__Eric J. Snyder__

Signature of Attorney or Litigant
Counsel for   __Willoughby Equities LLC__
**Wilk Auslander LLP**
**825 Eighth Avenue**
**Suite 2900**
**New York, NY 10019**
**212-981-2300 Fax:212-752-6380**
**esnyder@wilkauslander.com**