UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

In re:                                                                    Chapter 11

    WILLOUGHBY EQUITIES LLC,                        Case No.: 24-44217-jmm

                       Debtor.
--------------------------------------------------------------X

## MEDIATOR'S REPORT

The undersigned was appointed to serve as the mediator of disputes between Willoughby Equities LLC (the "Debtor") and Twist Realty LLC ("Twist") pursuant to a Stipulation and Mediation Order between the parties that was approved by the Court on April 10, 2025 [ECF No. 45]. The mediation session was held via videoconference on April 28, 2025. Abraham Lowenstein attended on behalf of the Debtor and was represented by Eric J. Snyder. Boris Kogan attended on behalf of Twist and was represented by Alex Tsionis. The mediation was continued thereafter via telephone and email communications. The parties were unable to reach a mutually satisfactory resolution of the disputes at issue. The mediator has concluded that there would be no further point to continuing the mediation and the mediation has been concluded. In accordance with the Court's Mediation Order dated March 10, 2025 [ECF No.38], I report that the mediation did not result in a settlement of all or a portion of the issues that were mediated.

Dated: New York, New York
        May 14, 2025

                                    Respectfully submitted,

                                    PAUL RUBIN, Mediator

                                    _/s/ Paul Rubin_____
                                    Paul Rubin
                                    c/o Rubin LLC
                                    11 Broadway, Suite 715
                                    New York, New York 10004
                                    Telephone: (212) 390-8054
                                    Email: prubin@rubinlawllc.com